# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# STATESVILLE DIVISION
# 5:07cv91

| | |
|---|---|
| MELODY ANN GOBLE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| Vs. ) | ORDER |
| ) | |
| ROOSTER BUSH PONTIAC- ) | |
| CADILLAC-GMC TRUCK, INC., ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

**THIS MATTER** is before the court on the court's Motion for Case Status. On or about December 21, 2007, issued joined in this action with defendant's filing of its Answer to the Amended Complaint. Local Civil Rule 16.1 provides in relevant part as follows:

> **(A)** *Initial Attorney's Conference*. As soon as is practicable, and in any event not later than fourteen (14) days from joinder of the issues (as defined in Section (D) below), the parties or their counsel shall confer as provided by Fed. R. Civ. P. 26(f), and conduct an "Initial Attorney's Conference" ("IAC"). In addition, counsel shall also discuss at such conference consent to magistrate judge jurisdiction. See LCvR 73.1(C).

The subsection of Local Civil Rule 16.1 which follows provides that the parties shall file a Certificate of Initial Attorney's Conference ("CIAC") within 5 days of such conference. L.Cv.R. 16.1(B). The parties deadline for filing the CIAC was, at the latest, January 11, 2008.

**ORDER**

**IT IS, THEREFORE, ORDERED** that the court's Motion for Case Status is **GRANTED,** and the parties shall file the CIAC not later than February 22, 2008.

Signed: February 13, 2008

Dennis L. Howell
United States Magistrate Judge