# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## STATESVILLE DIVISION
## 5:07cv91

| | |
|---|---|
| MELODY ANN GOBLE, ) </br> ) </br> Plaintiff, ) </br> ) </br> Vs. ) </br> ) </br> BUSH INCORPORATED; and BUSH ) </br> INCORPORATED, doing business as ) </br> Rooster Bush, ) </br> ) </br> Defendants. ) </br> _____ ) | ORDER |

**THIS MATTER** is before the court on the joint Consent Motion for Protective Order. It appearing that good and adequate cause has been shown, the court enters the following Order.

**ORDER**

**IT IS, THEREFORE, ORDERED** that the joint Consent Motion for Protective Order (#20) is GRANTED, and the proposed Protective Order attached as docket entry # 20-2 is hereby adopted and incorporated herein by reference.

Signed: September 22, 2008

Dennis L. Howell
United States Magistrate Judge

-1-